Form defaultAP

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

211 West Fort Street
Detroit, MI 48226

---

In Re: Julia Lambkin
Debtor

Case No.: 21−46106−tjt
Chapter 7
Judge: Thomas J. Tucker

J. Chris Investments, LLC et al.
Plaintiff

Adv. Proc. No. 21−04236−tjt

v.

Julia Lambkin
Defendant

---

## DEFAULT ENTRY BY CLERK

It appears from the records in the above−entitled proceeding that a summons has been served upon the defendant named below and that the defendant has failed to timely plead or otherwise defend in said proceeding as directed in said summons and as provided in the Federal Rules of Bankruptcy Procedure.

Now, therefore, pursuant to Fed. R. Bankr. P. 7055 the **DEFAULT** of the following is hereby entered.

**Julia Lambkin**

**The plaintiff shall file an application for default judgment, pursuant to L.B.R. 7055−1 within 14 days from the entry of this default. Applications for default judgment shall be accompanied by the affidavit required under the Servicemember's Civil Relief Act of 2003.**

**If the plaintiff fails to file the application for default judgment *within 14−days* from the entry of this default, the complaint may be dismissed without a hearing.**

Dated: 11/16/21

/s/ Todd M. Stickle
Todd M. Stickle , Clerk of Court
United States Bankruptcy Court